**Exhibit A to the Complaint**

**Location:** Chestnut Hill, MA

**Total Works Infringed:** 25

**IP Address:** 209.6.152.122

**ISP:** Astound Broadband

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6F29294D9E162D63944F7402784D49689076D436<br>File Hash:<br>33354BE74793EF8BC0AF14EA6FD759BBA391760A228AC9F8BAFD8C007BCB8822 | 11-08-2023 02:40:03 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 2 | Info Hash: E2EAC27979CAE885745EDF76AA7CE6E0EA5D73E8<br>File Hash:<br>88E45EDF4770BEA591F4385CE1351485DD13F9A8AB3243BA56BF9E1FD0AA7D35 | 11-02-2023 01:03:35 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 3 | Info Hash: BDC4D208BCB06BAA84D1C58BABF5BBD671CE5E86<br>File Hash:<br>6EA818FDB4E3B49F94FA7DB4C21C9A4928E52868F57440A8C81349209A80AFCC | 10-16-2023 02:04:50 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 4 | Info Hash: 3BD2B0FF3EC4F40C08649FDC131B38E5F83428D4<br>File Hash:<br>E6B03D52581C834E290CEADB022BFC2810EBE8C4322B26CF6E8723BC26760C14 | 10-16-2023 01:50:42 | Vixen | 09-26-2019 | 10-01-2019 | PA0002217354 |
| 5 | Info Hash: FDCC61E339EFD820B4F29F4A4405F460B0A01368<br>File Hash:<br>A6E0B94C9614A3B3A7757C71DE16C9C3D961030583F7C8285DAD170A0F0C431B | 10-16-2023 01:48:15 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 6 | Info Hash: 57896E3706A72FB30E7ED7B9361EE6388BDAE82B<br>File Hash:<br>8F8399E180FC37A44029201379B540B53A103E37256F4B16578A533EBC307C59 | 10-15-2023 04:31:31 | Vixen | 03-05-2017 | 05-25-2017 | PA0002049788 |
| 7 | Info Hash: A5D6B24638A8DF80BD201C674E2D5BC8B61099C5<br>File Hash:<br>BFB0BC40896C143B5E4ECF12E87AA1BD26D00298A592734E6C7BC60918F1FE89 | 10-15-2023 04:20:23 | Blacked | 02-14-2018 | 03-02-2018 | PA0002104757 |
| 8 | Info Hash: 3D596AFFD7052A50EBACCCF34074AE149FEBB0C2<br>File Hash:<br>0326D1D9C7DB690DE9C12831581B36DD5B4347EF393B08A270AFB6138824E0EA | 10-15-2023 04:14:58 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 9 | Info Hash: BF1F34C819D7E0714CE2E5492C134DCBC620E219<br>File Hash:<br>37735602FBA02E9FAEA44AE82406075534B87A67C0A70F15FF087C8433371317 | 10-15-2023 04:13:40 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 10 | Info Hash: 6DCDA52DD5087E6BEEB2FB6C152AA0A9EFCDD6B6<br>File Hash:<br>65845F56012E8F9BCA4052649F9493F26244CBC78DA86947F92097857A6C4379 | 10-03-2023 02:49:13 | Vixen | 09-01-2023 | 09-18-2023 | PA0002431078 |
| 11 | Info Hash: 70F0D3729334056CEAB4B730B4D6CC7A14A3E043<br>File Hash:<br>4B40AF2E27BB685CEBA785046C3A4608B3B8F30F92E0355993BA3D887A75FDE4 | 10-03-2023 02:49:08 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F1F4E95D3F747B9A36FD28295A79B3BAC8C5FD65<br>File Hash: 453F6DAA583A6CF6BE2F314A534DE48F0E9B690FB702BCF1D27041099E345649 | 10-03-2023 02:49:07 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 13 | Info Hash: 4BE723751355ED19575B82A00DF4BCC93E49854A<br>File Hash: 3084D19E524D59723143F7CC901FFD69A636BD2F2CCA7C453F5B8679AFAC4CAE | 10-03-2023 02:43:47 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 14 | Info Hash: 948B16F161EC5EF2C90D77800F8FC6FEA83292A7<br>File Hash: 00682071DAEB5CE10C349DA50EEECEFFD395A3FED25E4FAB50E9A15851828228 | 09-24-2023 01:57:33 | Tushy | 03-16-2020 | 04-15-2020 | PA0002244959 |
| 15 | Info Hash: 1F31BA314F6557A7DF88FD2FD32F030B425AACE3<br>File Hash: 7E720A951DE64D3681C725FACBD99E566DAB892356E6CE7568CCA410A41981A2 | 09-11-2023 18:20:50 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 16 | Info Hash: B2EB5FCCA7794C9FAF9C91622BEC3310014D2065<br>File Hash: DDB53F4959D5F26BE73A55BB2E4D3F67471A2D8EEE44627CE382317DB9995BE3 | 09-11-2023 05:45:33 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 17 | Info Hash: 1B3A6BFA0E1E9B118246DD16DF0EE8E900713BCB<br>File Hash: 37C51583A05574646601065C503DB50B59462478A67153D7B70DD314C1A76E52 | 09-11-2023 05:36:52 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 18 | Info Hash: 3D44B094F4EF6F6934D35B4D1B7332879F0C8F71<br>File Hash: B40F7BFC1A8932ADCDAFAB881E4D6E84218488CC78D5F18FA85FEA042ECC6203 | 08-19-2023 09:06:05 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 19 | Info Hash: B998B7BDD041A7808D751C80B922943D169DCA90<br>File Hash: 90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 08-19-2023 07:33:28 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 20 | Info Hash: 5488C604A8736D3CFD47E7C9FFC042BE7D6E8973<br>File Hash: 8EA2F737B21A751CDE5C618A678A27DF0BF76E6B38E6CF3D8E97DF39423B6200 | 08-19-2023 07:10:13 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 21 | Info Hash: 816508E16C1EC06419240EB9292C12797B661C4D<br>File Hash: 2BB2403B6943C62D704B872FF7D8C3BB4F430DB15DEE42DE2D5921B9FD177F85 | 07-13-2023 16:38:41 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 22 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash: EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 07-13-2023 01:22:42 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 23 | Info Hash: 0EDFBE226B9987BA4A0C2E91C01FA6E5478CC90C<br>File Hash: A32213975B58C5088CD0705F559807AFEC9E9A09A840A62DDDF110277C219442 | 07-08-2023 16:31:08 | Tushy | 01-16-2020 | 02-20-2020 | PA0002237625 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FE65E2293597034E97608A04A0C571609F9D140A<br>File Hash: FB65933FAE6355CEF50DFE463AFCDA30643DAF106C13288A12A37DE4908CEE87 | 05-28-2023 10:03:41 | Tushy | 04-01-2019 | 05-11-2019 | PA0002173888 |
| 25 | Info Hash: 4ACA6D96A9CEB036E66491937929DCD8A044E594<br>File Hash: B85750D00ED5B368EE0A57B9EE184920A881FC7611151F01F13536F6B192B8EE | 05-28-2023 04:49:52 | Tushy | 12-22-2019 | 01-22-2020 | PA0002234863 |